UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:12-378 |
| | ) | |
| v. | ) | |
| | ) | |
| NOOR KAHN | ) | MOTION |

Comes now the United States of America, by and through its undersigned counsel, and respectfully moves the Court to dismiss the Indictment of the above entitled case. In support of this motion avers as follows:

On May 1, 2012, an Indictment was filed against the defendant charging violation of Title 18, United States Code, Section 1001. The defendant was accepted and subsequently successfully completed the Pretrial Diversion Program on September 4, 2015. For that reason the Government now moves the Court to dismiss the Indictment against the defendant.

Respectfully submitted,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: s/James Hunter May
    JAMES HUNTER MAY
    FED ID NO. 11355
    Assistant U.S. Attorney
    1441 Main Street, Suite 500
    Columbia, South Carolina 29201
    (803) 929-3000